[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 15.]

THE STATE OF OHIO, APPELLEE, *v.* GOODE, APPELLANT.

[Cite as *State v. Goode*, 1998-Ohio-578.]

*Criminal procedure—Classification as sexual predator—Court of appeals' judgment affirmed on authority of State v. Cook.*

(Nos. 98-934 and 98-960—Submitted October 13, 1998—Decided November 25, 1998.)

APPEAL from and CERTIFIED by the Court of Appeals for Miami County, No. 97-CA-14.

_____

*David H. Bodiker*, Ohio Public Defender, and *Robertg L. Lane*, Chief Appellate Counsel, for appellant.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____